**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-511**

---

In Re: JEROME E. CASSELL,

Petitioner.

---

On Petition for Writ of Mandamus. (CA-95-684)

---

Submitted:  August 22, 1996        Decided:  September 3, 1996

---

Before HALL, WILLIAMS, and MICHAEL, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Jerome E. Cassell, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome Cassell brought this mandamus petition seeking an order compelling the United States District Court for the Eastern District of Virginia to act on Cassell's motion for a temporary restraining order and a preliminary injunction. Because we note that the district court dismissed without prejudice Cassell's 42 U.S.C. § 1983 (1988) action during the pendancy of this petition, we conclude that this petition is moot. Accordingly, we grant leave to proceed in forma pauperis, but deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

PETITION DENIED